1708862

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Amy L Fox<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  1:24-po-1520(E1969351) |

FILED 2024 OCT -1 A 10:28

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Amy L Fox

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Defendant failed to appear on August 15, 2024.

Date: 08/21/2024

/s/ Ivan D. Davis
*Issuing officer's signature*

City and state: Alexandria, VA

Ivan D. Davis, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/21/24, and the person was arrested on *(date)* 09.27.24
at *(city and state)* Alexandria, VA

Date: 9.27.24

*Arresting officer's signature*

Barnes
*Printed name and title*